UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v.

FELIX MARTINEZ-LOPEZ,

Defendant,
_______________________________/

Case No.: 2:26-CR-67-KCD-KRH

USM Number: 69135-512

Asma Anwar, AFPD
2075 West First Street, Suite 300
Fort Myers, FL 33901

# JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count One of the Indictment. The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(1) | Illegal Reentry by Deported Alien Previously Convicted of a Felony Offense | February 7, 2026 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence:
October 9, 2026

**KYLE C. DUDEK**
**UNITED STATES DISTRICT JUDGE**

October 13, 2026

Felix Martinez-Lopez
2:26-cr-67-KCD-KRH

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **TWENTY-FOUR MONTHS. Such term of imprisonment shall run concurrent with Docket No.: 00-CF-1887.**

- **Defendant shall participate in the collection of DNA.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

Defendant delivered on ____________________ to _______________________________________

at __________________________________________________, with a certified copy of this judgment.

__________________________________________
UNITED STATES MARSHAL

By: _______________________________________
Deputy United States Marshal

Felix Martinez-Lopez
2:26-cr-67-KCD-KRH

**SUPERVISED RELEASE**

No term of supervised release is imposed.

Felix Martinez-Lopez
2:26-cr-67-KCD-KRH

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

| | Assessment | AVAA Assessment[1] | JVTA Assessment[2] | Fine | Restitution |
|---|---|---|---|---|---|
| **TOTALS** | **$100.00** | **$0.00** | **$0.00** | **Waived** | **N/A** |

## SCHEDULE OF PAYMENTS

The Special Assessment in the amount of **$100.00** is due in full and immediately.

## FORFEITURE

N/A.

[1] Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
[2] Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.